HOWARD W. COATES et al., Executors, etc., Respondents, *v.* BENJAMIN P. FAIRCHILD et al.

LEOPOLD FRIEDMAN, Purchaser, etc., Appellant.

(Argued June 13, 1882; decided June 20, 1882.)

*John M. Bowers* for appellant.

*Frederic W. Hinricks* for respondents.

Agree to affirm on opinion below. All concur.
Order affirmed.